In the Matter of STEWART M. MULLER CONSTRUCTION COMPANY, INC., Respondent, v. CLEMENT FERDINAND & Co., Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Tilzer and Eager, JJ.